UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

NORTHPORT HEALTH SERVICES OF
ARKANSAS, LLC, et al.                                                          PLAINTIFFS

v.                            No. 2:19-CV-02061

LYNN J. WATTS and MONTY L. WATTS,
each as durable power of attorney over Lynn
J. Watts                                                                       DEFENDANTS

## JUDGMENT

Pursuant to the order entered in this case on this date, this matter is DISMISSED WITHOUT PREJUDICE.

IT IS SO ADJUDGED this 20th day of August, 2019.

*/s/ P. K. Holmes, III*
P.K. HOLMES, III
U.S. DISTRICT JUDGE